#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
#### OXFORD DIVISION

**AARON OWEN TAYLOR, et al.**                                                         **PLAINTIFF**

**v.**                                         **No. 3:21-CV-148-MPM-RP**

**KEVIN WAYNE HATHAWAY, et al.**                                          **DEFENDANTS**

**Consolidated with**

**DENEEN SHOWERS, et al.**                                                            **PLAINTIFF**

**v.**                                         **No. 3:22-CV-040-SA-RP**

**KEVIN HATHAWAY, et al.**                                                           **DEFENDANTS**

#### ORDER CONSOLIDATING CASES

The parties in these two actions have filed a joint motion to consolidate the two cases. Federal Rule of Civil Procedure 42(a) provides that "actions before the court [which] involve a common question of law or fact . . . may [be] consolidate[d]."

Each case contains similar factual allegations involving the same car accident that occurred in Panola County, Mississippi. The cases involve the same defendants, facts, and similar causes of action, and will undoubtedly result in the same witnesses and discovery. A review of the cases makes clear that consolidation is warranted in the interest of judicial economy.

For these reasons, the motion to consolidate is GRANTED. Accordingly, Civil action number 3:21-cv-148-MPM-RP, styled as *Taylor et al v. Hathaway et al*, is hereby consolidated for all purposes, including trial, with civil action number 3:22-cv-040-SA-RP, styled as *Showers et al v. Hathaway et al*. Civil action number 3:21-cv-148-MPM-RP is designated as the lead case.

The participants and counsel are directed to indicate in the caption of all documents filed with the court both the lead case number and the consolidated case number in the same manner as indicated in the caption of this order. Counsel for all parties are directed to docket and file all

documents in the lead case unless directed otherwise. Documents may be filed in both cases so long as counsel places the words "FILED IN ALL CASES" in the caption under the last case number and electronically files the document in each and every case which the document is to be filed or appropriately spreads the filing according to the court's electronic case management and filing system. Counsel are responsible for accurately and correctly following these requirements in all filings via the court's electronic case management system.

      **SO ORDERED**, this the 22nd day of July, 2022.

                                      /s/ Roy Percy
                                      UNITED STATES MAGISTRATE JUDGE